UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER LEE, also known as
"KUEN-Jei Lee,"

                                Petitioner,

  -against-

THE PEOPLE OF THE STATE OF
NEW YORK,

                                Respondent.
-------------------------------------------------------------X

JUDGMENT
05-CV- 1444 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 26 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 20, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       May 23, 2005

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court